No. D–550. IN RE DISBARMENT OF MICHAELS. It is ordered that Robert Scott Michaels, of Beverly Hills, Cal., be suspended

from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.